MAUD H. LOYD, Respondent, *v.* THIRD AVENUE RAILWAYS COMPANY, Appellant.

Reported below, 264 App. Div. 568.

Submitted July 29, 1942; decided October 8, 1942.

*Stanley J. Harte* for motion.

*Stuart Riedel* opposed.

Motion denied, with ten dollars costs.